JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE MENDEZ, et al., | Case No. EDCV 22-00452 AB (RAO) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: March 26, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE